IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WASEEM DAKER,

    Petitioner,

v.

WARDEN MARTY ALLEN,

    Respondent.

CIVIL ACTION NO.: 6:17-cv-23

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Reports and Recommendations, (docs. 10, 15), to which Petitioner Waseem Daker ("Daker") filed Partial Objections, (doc. 36).[1] Daker's Objections reiterate the arguments already presented and which the Magistrate Judge correctly rejected. Accordingly, the Court **OVERRULES** Daker's Objections and **ADOPTS** the Reports and Recommendations as the opinion of the Court.

---

[1] Daker also filed a third Motion for Extension of Time to File Objections. (Doc. 34.) However, the Court explicitly and extensively warned Daker that he would not be granted any further extensions. (Doc. 32, pp. 1, 3–4.) Daker claims he just received wrist surgery—it is unclear on which hand—and cannot "do any typing/extensive writing for several weeks." (Doc. 34, p. 1.) However, Petitioner was still able to submit two Motions for Extension, his Partial Objections, and a Motion for Access to Case Authorities. (Docs. 34–37.) Daker also argues that he cannot submit complete Objections because he does not have copies of his prior filings. (Doc. 36, pp. 1–2.) However, as the Magistrate Judge explained at length, while Daker has no right to free copies, he may purchase copies of any filings in the case with the Court. (Doc. 22, 32.) Accordingly, the Court **DENIES** Daker's Motion for Extension of Time to File Objections, (doc. 34), and his Partial Objections are deemed the only Objections to the Magistrate Judge's Reports and Recommendations.

The Court **DISMISSES** the forty-seven (47) claims enumerated within the June 2, 2017, Report and Recommendation, and **DISMISSES AS MOOT** Daker's Emergency Motions, (docs. 4–7).

**SO ORDERED**, this 19th day of September, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA