IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WASEEM DAKER,

Petitioner.

vs.

Case No. CV617-23
Related No. (CV417-106)

WARDEN MARTY ALLEN,

Respondent.

## O R D E R

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Judgment of this Court.

SO ORDERED, this 14th day of March, 2019.

Chief Judge, J. Randal Hall
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA