IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| WASEEM DAKER,<br><br>Petitioner,<br><br>v.<br><br>MARTY ALLEN,<br><br>Respondent. | CIVIL ACTION NO.: 6:17-cv-23 |

## ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, doc. 196. Respondent did not file Objections to the Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DENIES** Respondent's Motion to Dismiss and reminds Respondent of his obligation to file his answer-response to Petitioner's 28 U.S.C. § 2254 Petition within 14 days of this Order.

SO ORDERED, this 6th day of August, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA