FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
20 MAR 24 PM 3:00
CLERK J. Hodges
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WASEEM DAKER,

Petitioner,

v.

WARDEN MARTY ALLEN,

Defendant.

CIVIL ACTION NO.: 6:17-cv-23

## ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, doc. 246. Petitioner Waseem Daker ("Daker") did not file Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Daker's 28 U.S.C. § 2254 Petition and alternatively, **DENIES as moot** Daker's Petition, **DENIES as moot** Daker's Motion for Summary Judgment, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Daker *in forma pauperis* status on appeal and a Certificate of Appealability.[1]

**SO ORDERED**, this 24th day of March, 2020.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court also **ADOPTS** the Magistrate Judge's March 9, 2020 Report and Recommendation, doc. 248, and **DENIES as moot** Daker's Motion for Preliminary Injunction. Although the time for Daker to file Objections to the March 9, 2020 Report and Recommendation has not expired, given the Court's disposition of Daker's Petition, it is appropriate to address this Report and Recommendation in this Order in the interests of judicial economy.