# United States District Court
## Southern District of Georgia

WASEEM DAKER,

    Petitioner,

JUDGMENT IN A CIVIL CASE

**v.**

CASE NUMBER: CV 6:17-23

WARDEN MARTY ALLEN

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of March 24, 2020, the Report and Recommendations of the Magistrate Judge is ADOPTED as the opinion of the Court. Daker's 28 U.S.C. § 2254 Petition is DISMISSED WITOUT PREJUDICE, and alternatively Daker's Petition is DENIED AS MOOT. Daker's Motion for Summary Judgment and Motion for Preliminary Injunction are DENIED AS MOOT. Daker is DENIED in forma pauperis on appeal and a Certificate of Appealability, and this civil action stands CLOSED.

03/25/2020  
*Date*



Scott L. Poff  
*Clerk*

*Tara H. Burton*  
*(By) Deputy Clerk*