IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| WASEEM DAKER, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | CV 617-023 |
| | * | |
| WARDEN MARTY ALLEN, | * | |
| | * | |
| Respondent. | * | |

O R D E R

Before the Court are Petitioner Waseem Daker's motions for preliminary injunction (Docs. 260, 261); motion to vacate (Doc. 262); and motions for extension of time to file objections (Doc. 254, 257). For the following reasons, the motions are denied.

**1. Motions for Extension of Time**

Petitioner's first motion for extension (Doc. 254) seeks an extension to file objections to the Court's February 24, 2020 Order. The Court need not field objections to such an Order, therefore Petitioner's motion is **DENIED**.

Petitioner's second motion for extension (Doc. 257) seeks an extension to file objections to the United States Magistrate Judge's Report and Recommendations (Doc. 246). The Court had already adopted the Report and Recommendations before the instant extension motion. Accordingly, the motion is **DENIED as moot.**

## 2. Motions for Preliminary Injunction

Petitioner's motions for injunctive relief seek an injunction ordering Respondent to provide Petitioner with access to paper and photocopies. (Docs. 260, 261.) These are Petitioner's second and third requests for such relief; his first motion was denied as moot because of the disposition of his petition. (See Doc. 252.) As before, Petitioner's motions are **DENIED as moot**.

## 3. Motion to Vacate

Petitioner moves under Federal Rule of Civil Procedure 59(e) to vacate judgment and the Court's March 24, 2020 Order adopting the Report and Recommendation denying as moot his motion for summary judgment and first motion for preliminary injunction. (Docs. 252, 253.) Rule 59(e) cannot be used to "relitigate old matters, raise argument or present evidence that could have been raised prior to the entry of judgment." Michael Linet, Inc. v. Vill. of Wellington, 408 F.3d 757, 763 (11th Cir. 2005). Relitigating old matters is what Petitioner attempts to do in his motion. Therefore, Petitioner's motion is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia this 19th day of May, 2020.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA